# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00028 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| MARCOS GALVEZ, | |
| Defendant. | |

## DECISION AND ENTRY

This matter came before the Court for hearing on April 2, 2018 before United States Magistrate Judge Sharon L. Ovington, who thereafter issued a Report and Recommendations. (Doc. #7). Having conducted a full colloquy with Defendant Marcos Galvez, the Magistrate Judge concluded that Defendant's plea of guilty is knowing, intelligent, and voluntary, and that there is an adequate factual basis for a finding of guilty as charged in the Information.

The Court, noting that no Objections to the Report and Recommendations have been filed and that the time for filing Objections has expired, hereby ADOPTS in full said Report and Recommendations.

Therefore, based on the aforesaid, and this Court's de novo review of the record and the findings by the United States Magistrate Judge, this Court adopts the findings and recommendations of the Magistrate Judge, and finds that Defendant Marcos Galvez's guilty plea was knowing, voluntary and intelligent. Defendant is FOUND GUILTY as charged in

the Information of the offense to which he pled—specifically, Theft of a Firearm from a Federal Firearms Licensee in violation of 18 U.S.C. § 922(u).

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Walter Herbert Rice
　　　　　　　　　　　　　　　　　　　United States District Judge